**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VIEJAS BAND OF KUMEYAAY INDIANS | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. |
| v. | : | |
| | : | |
| JAY LORINSKY and FIRST NATIONS | : | |
| FINANCIAL SERVICES, INC. | : | |
| | : | |
| Defendant. | : | DECEMBER 9, 2003 |

<u>JURY DEMAND</u>

Pursuant to Fed R. Civ. P. 38, Plaintiff Viejas Band of Kumeyaay Indians demands a jury trial.

                                        PLAINTIFF – VIEJAS BAND OF KUMEYAAY INDIANS

                                        By:_____
                                              Elizabeth J. Stewart (#ct01316)
                                              Theresa M. Parietti (#ct23559)

                                        Murtha Cullina LLP
                                        Whitney Grove Square
                                        Two Whitney Avenue
                                        P.O. Box 704
                                        New Haven, Connecticut 06503-0704
                                        Telephone:  (203) 772-7700
                                        Facsimile:  (203) 772-7723
                                        Email:  estewart@murthalaw.com